UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL JAMES JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 08-0564 (RWR) |
| MICHAEL MUKASEY, *et al.*, | ) ) ) |
| Respondents. | ) ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of the Memorandum Opinion and this Order to petitioner at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 22nd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　　　　United States District Judge